260-15

# ELECTRONIC RECORD

COA #   05-13-01111-CR          OFFENSE:  22.02

STYLE:   Damian Elder v. The State of Texas   COUNTY:  Dallas

COA DISPOSITION:      AFFIRM          TRIAL COURT:  Criminal District Court No. 4

DATE: 02/11/2015          Publish: NO   TC CASE #:   F-1253551-K

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Damian Elder v. The State of Texas          CCA #:   260-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 08/26/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD